IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARSTEN CANNON                                                                               PLAINTIFF
a/k/a YLIYAH BEN YISRAYL

V.                                            NO. 3:06CV00204 JMM

RICHARD E. BUSBY, et al                                                                DEFENDANTS

JUDGMENT

In accordance with the Court's order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 5th day of December, 2006.

UNITED STATES DISTRICT JUDGE